IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Gloria J | Case Number: 08 B 00694 |
| | Judge: Hollis, Pamela S |
| Printed: 9/23/08 | Filed: 1/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,080.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,080.00 |
| Totals: | 1,080.00 | 1,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 2. | Mortgage Clearing Corp | Secured | 5,000.00 | 0.00 |
| 3. | Midnight Velvet | Unsecured | 281.70 | 0.00 |
| 4. | Pain & Management | Unsecured | 141.17 | 0.00 |
| 5. | Ashro Lifestyle | Unsecured | 127.59 | 0.00 |
| 6. | Fingerhut | Unsecured | 80.02 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 267.79 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 440.73 | 0.00 |
| 9. | Aspire Visa | Unsecured | | No Claim Filed |
| 10. | Astro Title Lenders LLC | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | AmeriMark Bank | Unsecured | | No Claim Filed |
| 13. | MCI Residential | Unsecured | | No Claim Filed |
| 14. | Masseys | Unsecured | | No Claim Filed |
| 15. | St Margret Mercy | Unsecured | | No Claim Filed |
| 16. | St Margret Mercy | Unsecured | | No Claim Filed |
| 17. | Patwari Medical Corporation | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | St Margret Mercy | Unsecured | | No Claim Filed |
| 20. | Swiss Colony | Unsecured | | No Claim Filed |
| 21. | St Margret Mercy | Unsecured | | No Claim Filed |
| 22. | Wound And Care Clinic | Unsecured | | No Claim Filed |
| 23. | Dr U H Patel | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,339.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Gloria J

Printed:  9/23/08

Case Number:  08 B 00694
Judge:  Hollis, Pamela S
Filed:  1/13/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

